1  BARRY J. PORTMAN
   Federal Public Defender
2  ELIZABETH M. FALK
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant CAMPBELL
6
7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
   UNITED STATES OF AMERICA,        )   No. CR 06-565 SI
11                                   )
              Plaintiff,             )   **MOTION FOR WAIVER OF**
12                                   )   **APPEARANCE**
        v.                           )
13                                   )   Date:    April 2, 2007
   PRISCILLA HUNTER, et al.,         )   Time:    4:00 p.m.
14                                   )   Court:   The Honorable Susan Illston
              Defendants.            )
15 _____ )
16
17
18      Counsel for Michelle Campbell hereby respectfully requests a waiver of appearance for
19 her client, Michelle Campbell, on April 2, 2007. The reason for the request is that the
20 appearance is a status conference; no discovery has yet been provided from the copy service and
21 the parties are not anticipated to appear for any substantive issues on April 2, 2007. Ms.
22 Campbell is currently being supervised by Pretrial Services, and no violations or problemativ
23 conduct on the part of Ms. Campbell has occurred or been reported by Pretrial Services.
24 \\
25 \\
26 \\

06-0565 SI; Waiver                      1

Counsel for Ms. Campbell is still in trial and will remain in trial for most of the month of April, 2007.

Dated: April 1, 2007

                                            BARRY J. PORTMAN
                                            Federal Public Defender

                                         _____/S/_____
                                            ELIZABETH M. FALK
                                            ASSISTANT FEDERAL PUBLIC DEFENDER
                                            Attorney for Michelle Campbell

### [PROPOSED] ORDER

For the reasons set forth in this motion, the appearance of defendant Michelle Campbell is hereby WAIVED for the April 2, 2007 appearance.

**IT IS SO ORDERED**

DATED: _____  _____
                                                  THE HONORABLE SUSAN ILLSTON
                                                  CHIEF UNITED STATES DISTRICT JUDGE