1   BARRY J. PORTMAN
    Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    (415) 436-7700
5
    Counsel for Defendant CAMPBELL
6

7                    IN THE UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,          )   No. CR 06-565 SI
11                                      )
                         Plaintiff,     )   **MOTION FOR WAIVER OF**
12                                      )   **APPEARANCE**
          v.                            )
13                                      )   Date:      November 30, 2007
    PRISCILLA HUNTER, et al.,           )   Time:      11:00 a.m.
14                                      )   Court:     The Honorable Susan Illston
                         Defendants.    )
15  _____ )

16                   **MOTION FOR WAIVER OF APPEARANCE**

17          Defendant Michelle Campbell hereby respectfully requests a waiver of appearance for the

18  hearing on November 30, 2007.   Ms. Campbell is currently being supervised by Pretrial

19  Services, and no violations on the part of Ms. Campbell have been reported by Pretrial Services.

20  *See* Declaration of Elizabeth M. Falk in support of Defendant's Motion for Waiver, filed

21  herewith, at ¶ 4.  Furthermore, it is a financial hardship for Ms. Campbell, who resides in

22  Redwood Valley, California, to travel to San Francisco at this time.  *Id.* at ¶ 5.  Counsel hereby

23  moves upon Ms. Campbell's explicit request to be excused from the November 30, 2007 hearing

24  due to the fact that she recently started a new job, and cannot be excused from work on

25  November 30, 2007.  *Id.* at ¶ 6.

26          Counsel is currently reviewing the 200,000 pages of discovery and has communicated

with Ms. Campbell about that discovery. *Id.* at ¶ 7. Further, counsel has met with her client in person and will continue to do so as discovery is produced. *Id.* Counsel for Ms. Campbell will be present for the November 30, 2007 appearance and will fully advise her client of the substance of those proceedings. *Id.* Counsel will also advise Ms. Campbell of any future dates for appearance set by this Court. *Id.*

For the aforementioned reasons, Ms. Campbell respectfully requests a waiver of her appearance for the November 30, 2007 proceeding.

Dated: November 21, 2007

BARRY J. PORTMAN
Federal Public Defender

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for Michelle Campbell

**[PROPOSED] ORDER**

For the reasons set forth in this motion, the appearance of defendant Michelle Campbell is hereby WAIVED for the November 30, 2007 appearance at 11:00 a.m..

**IT IS SO ORDERED**.

DATED: _____

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE