BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 06-565 SI |
| Plaintiff, | ) ) | **MOTION FOR WAIVER OF APPEARANCE** |
| v. | ) ) | |
| PRISCILLA HUNTER, et al., | ) ) ) | Date: May 16, 2008<br>Time: 11:00 a.m.<br>Court: The Honorable Susan Illston |
| Defendants. | ) ) | |

**MOTION FOR WAIVER OF APPEARANCE**

Defendant Michelle Campbell hereby respectfully requests a waiver of appearance for the hearing on May 16, 2008. It is a financial hardship for Ms. Campbell, who resides in Redwood Valley, California, to travel to San Francisco at this time. *See* Declaration of Elizabeth M. Falk in support of Defendant's Motion for Waiver, filed herewith, at ¶ 4. Counsel hereby moves upon Ms. Campbell's explicit request to be excused from the May 16, 2008 hearing due to the fact that she recently started a new job, and cannot be excused from work on May 16, 2008. *Id.* at ¶ 5.

Undersigned counsel will fully advise her client of the substance of those proceedings. *Id.* at ¶ 6. Counsel will also advise Ms. Campbell of any future dates for appearance set by this Court. *Id.*

For the aforementioned reasons, Ms. Campbell respectfully requests a waiver of her

appearance for the May 16, 2008 proceeding.

Dated: May 15, 2008

                                   BARRY J. PORTMAN
                                   Federal Public Defender

                            _____/S/_____
                                   ELIZABETH M. FALK
                                   ASSISTANT FEDERAL PUBLIC DEFENDER
                                   Attorney for Michelle Campbell

## [PROPOSED] ORDER

For the reasons set forth in this motion, the appearance of defendant Michelle Campbell is hereby WAIVED for the May 16, 2008 appearance at 11:00 a.m..

**IT IS SO ORDERED**.

DATED: _____   _____
                                              THE HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE