BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant CAMPBELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELLE CAMPBELL,<br><br>    Defendant. | No. CR 06-0565 SI<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CHANGE OF PLEA HEARING**<br><br>Date:   August 01, 2008<br>Time:  11:00 a.m.<br>Court:  The Honorable Susan Illston |

The parties hereby stipulate and agree as follows:

1. This matter is set for a change of plea hearing on August 01, 2008 at 11:00 a.m.;

2. No motions were filed by either party;

3. The parties are actively working on finalizing a plea agreement, and believe this matter will be resolved prior to trial;

4. The parties thus jointly request that the change of plea hearing be continued to August 15, 2008 at 11:00 a.m.

//

06-0565 SI; Stipulation to Continue Change of
Plea Hearing                                     1

1  IT IS SO STIPULATED.

2

3  Dated: August 01, 2008

4  _____/S/_____
   ELIZABETH M. FALK
   ASSISTANT FEDERAL PUBLIC DEFENDER
5  Attorney for Michelle Campbell

6

7  Dated: August 01, 2008      _____/S/_____
   DAVID DENIER
8  ASSISTANT UNITED STATES ATTORNEY

9

10                  **[PROPOSED] ORDER**

11

12    For the reasons set forth above, the change of plea hearing in the aforementioned matter is
   hereby CONTINUED from August 01, 2008 to August 15, 2008 at 11:00 a.m.
13

14    **IT IS SO ORDERED**.

15  DATED: _____    _____
16                                    THE HONORABLE SUSAN ILLSTON
                                      UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

06-0565 SI; Stipulation to Continue Change of
Plea Hearing                              2